AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21−mj−00090 |
| | ) | Assigned To : Faruqui, Zia M. |
| GINA MICHELLE BISIGNANO | ) | Assign. Date : 1/16/2021 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. §1361 | Destruction of Government Property |
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. §1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §1752(a)(1), (2), and (4) | Restricted Building or Grounds |
| 40 U.S.C. §5104(e)(2)(D) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Clarke Burns, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:   _____01/16/2021_____          2021.01.16
                                          18:50:05 -05'00'
_____
*Judge's signature*

Zia M. Faruqui
City and state:   _____Washington, DC_____          United States Magistrate Judge
_____
*Printed name and title*