UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GINA MICHELLE BISIGNANO,<br>   Defendant. | MAGISTRATE NO. 21-mj-90 (ZMF) |

## TRANSPORT ORDER

Having considered the United States' Motion, communicated via e-mail, to have the defendant Gina Michelle Bisignano transported from the Central District of California to the District of Columbia for further proceedings on the Complaint filed against her, it is hereby

**ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Central District of California to the District of Columbia for further proceedings in this matter.

DATE: January 19th, 2021

_____
BERYL A. HOWELL
Chief Judge