# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 21-MJ-90 (ZMF) |
| | : |
| **GINA BISIGNANO,** | : |
| Defendant. | : |

## NOTICE

The United States of America makes this filing to notify the Court that the defendant reported to the federal building in Los Angeles, California, where she was taken into the custody of the U.S. Marshals, on the afternoon of January 20, 2021. It is the position of the government that the stay of the order of release, signed by the Chief Judge of this Court on January 19, 2021, is still in effect. Therefore, the defendant should remain held until the Chief Judge can review the government's appeal of the Magistrate Judge's decision to release the defendant.

.

Respectfully submitted,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY

___/s/_____

KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar 1015665
U.S. Attorney's Office
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov