**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00090 |
| | ) | |
| | ) | |
| GINA M. BISIGNANO | ) | |

**MOTION FOR ADMISSION OF A. CHARLES PERUTO, JR., ESQUIRE, *PRO HAC VICE***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Gina Bisignano moves for the admission and appearance of attorney Charles Peruto, Jr. *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Peruto, filed herewith. As set forth in Mr. Peruto's declaration, he is admitted and an active member in good standing in the following courts and bars for more than five (5) years:

1. The Commonwealth of Pennsylvania; and

2. United States District Court for the Eastern District of Pennsylvania.

This Motion is supported and signed by Robert L. Jenkins, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

BYNUM & JENKINS

DATED: 02/10/2021          By:     /s/*Robert L. Jenkins, Jr.*
                                                     Robert L. Jenkins, Jr., Esquire
                                                     DC Bar No.: CO0003
                                                     1010 Cameron Street
                                                     Alexandria, VA 22314
                                                     (703)309-0899
                                                     RJenkins@BynumAndJenkinsLaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA  )
         )
   v.      )  CRIMINAL NO. 21-mj-00090
         )
         )
GINA M. BISIGNANO   )

## DECLARATION OF A. CHARLES PERUTO, JR., ESQUIRE

I, A. CHARLES PERUTO, JR., hereby declare:

1. My name, office address, and telephone number are as follows:

> A. Charles Peruto, Jr., Esquire
> PA Bar No. 30634
> 2016 Spruce Street
> Philadelphia, PA 19103
> (215)735-1010

2. I have been admitted to the following courts and bars for over five (5) years: The Supreme Court of the Commonwealth of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two (2) years, or otherwise.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 02/10/2021     ***/s/ A. Charles Peruto, Jr.***_____
             A. CHARLES PERUTO, JR., ESQUIRE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00090 |
| | ) | |
| | ) | |
| GINA M. BISIGNANO | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on the 10th day of February, 2021, a copy of same was  electronically

filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the

rules of the Clerk of Court.

DATED: 02/10/2021                    /s/*Robert L. Jenkins, Jr.*
                                                  Robert L. Jenkins, Jr., Esquire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-mj-00090 |
| | ) | |
| | ) | |
| GINA M. BISIGNANO | ) | |

## <u>ORDER</u>

Pending before the Court is the Motion of Defendant Gina M. Bisignano seeking admission of her attorney, A. Charles Peruto, Jr., Esquire for admission  to this Court *pro hac vice* with support from attorney Robert L. Jenkins, Jr., a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Peruto's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of February, 2021.

_____
Carl John Nichols
United States District Court Judge