AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| GINA MICHELLE BISIGNANO | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   GINA MICHELLE BISIGNANO ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 231(a)(3) - Civil Disorder
  18 U.S.C. §1361 - Destruction of Government Property
  18 U.S.C. §2 - Aiding and Abetting
  18 U.S.C. §1512(c)(2) - Obstruction of an Official Proceeding
  18 U.S.C. §1752(a)(1), (2), and (4) - Restricted Building or Grounds
  40 U.S.C. §5104(e)(2)(D) - Violent Entry or Disorderly Conduct

Date:     01/16/2021

2021.01.16
18:50:39 -05'00'

_Issuing officer's signature_

City and state:     Washington, DC

Zia M. Faruqui, U.S. Magistrate
_Printed name and title_
Judge

| Return |
|---|
| This warrant was received on _(date)_  1/16/2021 , and the person was arrested on _(date)_  1/19/2021 at _(city and state)_  Beverly Hills, CA 90210 . |
| Date:  1/21/2021 <br><br> _Arresting officer's signature_ <br><br> Kyle Hicks, Special Agent, FBI <br> _Printed name and title_ |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GINA MICHELLE BISIGNANO | ) | Case No. |
| | ) | |
| | ) | 21 MJ 00282 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the
_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. §1361 | Destruction of Government Property |
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. §1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §1752(a)(1), (2), and (4) | Restricted Building or Grounds |
| 40 U.S.C. §5104(e)(2)(D) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Clarke Burns, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____ 01/16/2021 _____

City and state: _____ Washington, DC _____

2021.01.16
18:50:05 -05'00'
*Judge's signature*

Zia M. Faruqui
United States Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |

## STATEMENT OF FACTS

Your affiant, Special Agent Clarke Burns of the Federal Bureau of Investigations ("FBI"), is assigned to the FBI Washington Field Office's Joint Terrorism Task Force ("JTTF") tasked with investigating criminal activity pertaining to international and domestic terrorism. As a special agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, between 1:00 p.m. and 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Beginning on or about January 10, 2021, the FBI received at least six tips identifying GINA BISIGNANO ("BISIGNANO") as a participant in the January 6, 2021 riot at the U.S. Capitol. BISIGNANO was identified because, in a video filmed in the crowd directly in front of the Capitol and viewed by your affiant, BISIGNANO stated her first and last name, her place of residence, and her Instagram account. In a separate video from January 6, BISIGNANO also stated the name of her business while speaking through a bullhorn to the crowd. A California DMV photo obtained by the FBI confirmed her identity.

Video shows BISIGNANO in a crowd of rioters struggling with police officers in a sallyport in an attempt to gain entry to the Capitol. The rioters are seen repeatedly utilizing what appears to be a red aerosol spray on the officers, striking or attempting to strike the officers, and physically pushing the police line in an attempt to gain entry to the Capitol. In this video, a police officer is seen being crushed against a door while a rioter grabs his gas mask. BISIGNANO appears to be in the first few ranks of the tightly-packed rioters and is seen on video struggling with a police officer attempting to expel her and others from the Capitol sallyport. On video, BISIGNANO appears to say to the officer "…you hurt my f---ing leg." The cropped image below is a still shot from the video, which depicts the top of BISIGNANO's head and the helmet of a police officer. After being expelled from the Capitol sallyport by police officers, BISIGNANO raises her fist in an apparent gesture of defiance.







In these images, BISIGNANO's hair, sunglasses, apparel, and makeup match those seen in the video in which BISIGNANO states her name, place of residence, and Instagram account. Specifically, BISIGNANO wears an identifiable Louis Vuitton sweater throughout the riot.

In a separate video, BISIGNANO is seen using a bullhorn just outside the Capitol to exhort other rioters to move into the Capitol. On video, BISIGNANO states "…Gina's Beverly Hills…Everybody, we need gas masks…we need weapons...we need strong, angry patriots to help our boys. They don't want to leave. We need protection." As BISIGNANO is speaking, rioters approximately ten feet to BISIGNANO's left are physically assaulting police officers preventing

entry into the Capitol. Seconds after BISIGNANO states the foregoing, at least one individual begins striking at officers in the police line with what appears to be a baseball bat.





     In another video, BISIGNANO is seen feet from police officers as the large crowd of rioters chants "Police stand down."

     In still another video, BISIGNANO is heard speaking into a bullhorn stating "We the people are not going to take it any more. You are not going to take away our [unintelligible]. You are not going to take away our votes. And our freedom, and I thank God for it. This is 1776, and we the people will never give up. We will never let our country go to the globalists. George Soros, you can go to hell." As BISIGNANO is speaking, other members of the crowd to BISIGNANO's immediate left assault the police officers by spraying a fire extinguisher at them, by striking their shields with what appear to be batons, and by throwing objects at the police. At the end of the video, the camera pans to BISIGNANO, clearly showing her.

BISIGNANO physically entered the Capitol in at least two separate locations and encouraged other rioters to enter as well.







In another video, BISIGNANO appears to enter the Capitol through a small square opening that leads to the interior of the Capitol. She addresses other rioters from what appears to be the inside of the building, stating "…we need Americans. Come on guys. We need patriots! You guys, it's the way in. We need some people, we need some people." Another individual is then heard yelling "if you have a weapon, you need to get your weapon." A male rioter then addresses BISIGNANO: "he said, that they said, that they're gonna use lethal force" while gesturing towards the interior of the Capitol. The male then says to BISIGNANO "what did you hear?" BISIGNANO replies "I heard that they were, but if we're Americans, we all need to stick together." The male says "You heard it?" and BISIGNANO confirms "Yes I did." In another video, BISIGNANO states in part "they sprayed me in the face" and gestures to the makeup in disarray on her face as apparent proof.





BISIGNANO tweeted her intention to attend the protest. According to publicly-available information, Donald Trump, using Twitter account @realDonaldTrump, tweeted on or about December 19, 2020: "Big protest in D.C. on January 6th. Be there, will be wild!" BISIGNANO appeared to reply to this message:



After January 6, BISIGNANO appeared to receive backlash for her presence at the riot on her business's Yelp review page. In replies to negative reviews, BISIGNANO appeared to confirm her presence at the riot and entry into the Capitol, claiming that "I was let in".

9



**gina b.**
Business Owner

1/11/2021

I am there to  stop the steal no one incites violence a against law Enforcement we back the blue and respect law and order !it's a crime for you to make statements about me I am pro life pro trump we back the blue joe Biden is who I was protesting against stop the steal for our American people ! You are a liar !!! This has nothing to do with my work I am a 50 year old woman alone no laws are broken I was let in I have the right to peaceful assembly you are defaming mei am contacting someone about this slander !this is serious

**Read less**

On January 14, 2021, The Beverly Hills Courier published an article "based on more than two hours of interviews with BISIGNANO," detailing her activities before and during the riot on January 6, 2021. BISIGNANO confirmed her presence at the Capitol, stating she felt called upon by President Donald Trump to travel to D.C. to change the outcome of the election, which she believes was stolen.  BISIGNANO admitted traveling to D.C. with at least one other person she knew from a previous rally. BISIGNANO told the news outlet that she filmed herself at the Capitol building, during the time when rioters had stolen police shields and were deploying pepper spray on the officers. BISIGNANO also admitted entering the Capitol building itself through a window, the glass of which had been broken by another rioter.

Your affiant submits there is probable cause to believe that BISIGNANO violated 18 U.S.C. § 231(a)(3) and § 2 which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function, or aid, abet, counsel, command, induce or procure its commission. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant submits there is also probable cause to believe that BISIGNANO violated 18 U.S.C. § 1361, § 2, by aiding and abetting the willful injury or depredation of any property of the United States. The glass window of the Capitol building is property of the United States.

Your affiant submits there is also probable cause to believe that BISIGNANO violated 18 U.S.C. § 1512(c)(2), which makes it unlawful to corruptly obstruct, influence or impede any official proceeding, or attempt to do so. Congressional proceedings are official proceedings under 18 U.S.C. § 1515(1)(B).

Additionally, your affiant submits that there is probable cause to believe that BISIGNANO violated 18 U.S.C. § 1752(a)(1), (2), and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official

functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits there is also probable cause to believe that BISIGNANO violated 40 U.S.C. § 5104(e)(2)(D) which makes it a crime to willfully and knowingly  (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

Date: January 16, 2021

SPECIAL AGENT CLARKE BURNS
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of January 2021.

2021.01.16
18:51:49 -05'00'

ZIA M. FARUQUI

UNITED STATES MAGISTRATE JUDGE

11

AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

2021 JAN 19  AM 11: 24

District of Columbia

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY ___ JB ___

|  |  |
|---|---|
| United States of America<br>v.<br>GINA MICHELLE BISIGNANO | )<br>)<br>)<br>)<br>)<br>) |

Case No.

21 MJ 0 0 2 8 2

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     GINA MICHELLE BISIGNANO                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

 18 U.S.C. § 231(a)(3) - Civil Disorder
 18 U.S.C. §1361 - Destruction of Government Property
 18 U.S.C. §2 - Aiding and Abetting
 18 U.S.C. §1512(c)(2) - Obstruction of an Official Proceeding
 18 U.S.C. §1752(a)(1), (2), and (4) - Restricted Building or Grounds
 40 U.S.C. §5104(e)(2)(D) - Violent Entry or Disorderly Conduct

Date:     01/16/2021

2021.01.16
18:50:39 -05'00'

_____
*Issuing officer's signature*

City and state:     Washington, DC

Zia M. Faruqi, U.S. Magistrate
*Printed name and title*
Judge

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

FILED

2021 JAN 19 AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF(S) | 21-mj-90 (ZMF) |
| v. | |
| Gina Michelle Bisignano | |
| | **AFFIDAVIT RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

21MJ00282

The above-named defendant was charged by: __Complaint__
in the _____ District of __Columbia__ on __01/16/2021__
at __6:50__ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about __01/06/2021__
in violation of Title __18__ U.S.C., Section(s) __1361__
to wit: __Destruction of Government Property__

A warrant for defendant's arrest was issued by: <u>CLERK OF THE COURT</u>

Bond of $<u>N/A</u> was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

| | |
|---|---|
| Signature of Agent | SA Jackson Barran |
| | Print Name of Agent |
| ~~USMS~~ FBI | Special Agent |
| Agency | Title |

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Gina Michelle Bisignano

Defendant.

Western Division

Case Number: 2:21-MJ-00282
Initial App. Date: 01/19/2021
Initial App. Time: 1:00 PM

Out of District Affidavit
Custody

Date Filed: 01/19/2021
Violation: 18:1361
CourtSmart/ Reporter: P. Cuneo

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: John E. McDermott**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT:

Lorenzo, ShaRon _____ *Deputy Clerk*

W. Rollins _____ *Assistant U.S. Attorney*

None _____ *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Craig Harbaugh, DFPD ☑ Appointed ☐ Prev. Appointed ☑ Poss. Contribution (see separate order)
☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☑ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ 170,000 —     **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☑ Bond to transfer, if bail is posted. Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 2/4/2021 (Time) 10:00 ☑ AM ☐ PM
Type of Hearing: Preliminary Hrg Before Judge McDermott /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom Zoom
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: 40680
☑ Other: Dft is to contact clerk in D.C., info will be sent to defense counsel
☐ PSA ☐ USPO     ☐ FINANCIAL     ☐ READY

Deputy Clerk Initials SO
_____ : IB

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **GINA BISIGNANO**                    Case No.  21MJ0282

■ Defendant    ☐ Material Witness

Violation of Title and Section: **18 USC 1361**

☐ Summons   ■ Out of District   ☐ **UNDER SEAL**   ☐ Modified Date: _____

| | | |
|---|---|---|
| *Check only one of the five numbered boxes below (unless one bond is to be replaced by another):* | | |

1. ☐ Personal Recognizance (*Signature Only*)

2. ☒ Unsecured Appearance Bond
$ 170,000.00

3. ☒ Appearance Bond
$ 70,000 (for release purposes) *to be replaced by* ✳

(a). ☒ Cash Deposit (*Amount or %*) (*Form CR-7*)
20,000.00

(b). ☒ Affidavit of Surety Without
Justification (*Form CR-4*) Signed by:

✳ Responsible 3rd Party(ies)

$150,000 due by 1/22/2021

($70,000 dft)

(c). ☐ Affidavit of Surety With Justification
(*Form CR-3*) Signed by:
_____

☐ With Full Deeding of Property:
_____
_____
_____
_____
_____

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*):
$ _____

5. ☐ Corporate Surety Bond in the Amount of:
$ _____

Release No.

40680

☐ **Release to Pretrial ONLY**
☐ **Release to Probation ONLY**
■ Forthwith Release

LMB to be placed on dft

w/in 24 hrs of release

■ All Conditions of Bond
(*Except Clearing-Warrants Condition*) Must be Met and Posted by:

1/22/2021

☐ Third-Party Custody
Affidavit (*Form CR-31*)

■ Bail Fixed by Court:
JEM ____ / slo
(*Judge / Clerk's Initials*)

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

■ Submit to: ■ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
    (*The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency."*)

■ Surrender all passports and travel documents to Supervising Agency no later than _____ , sign a Declaration
    re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency
    of this case.

■ Travel is restricted to CAC and District of Columbia _____ unless prior permission is granted by Supervising
    Agency to travel to a specific other location. Court permission is required for international travel.

■ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

■ Maintain or actively seek employment and provide proof to Supervising Agency. ■ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: GB   Date: 1/20/21

**Case Name:** United States of America v. GINA BISIGNANO          **Case No.** 21MJ0282

☑ Defendant   ☐ Material Witness

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____

☑ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☑ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☑ Do not use or possess illegal drugs or state-authorized marijuana. ☑ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☑ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☑ Submit to: ☑ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☑ Participate in residential ☑ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☑ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☑ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☑ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

   ☐ Location monitoring only - no residential restrictions;

     **-or-**

☑ You are restricted to your residence every day:

     ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

     ☑ as directed by Supervising Agency;

     **-or-**

Defendant's Initials: _GB_   Date: _1/20/21_

Case Name: United States of America v. GINA BISIGNANO          Case No. 21MJ0282

☑ Defendant      ☐ Material Witness

☐ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and

_____, all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**   ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days

of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except

as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person

and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than

the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children

under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare

facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica. ☐ In order to determine compliance, you agree to submit to a search

of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S.

Marshal.

☑ Other conditions:

Residential Drug treatment, only if needed.

_____

_____

_____

_____

_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _GB_   Date: _1/20/21_

**Case Name:** United States of America v. **GINA BISIGNANO**          Case No.  21MJ0282

■ Defendant          ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

_1/20/21_          _Gina Bisignano_ _GB_          _(323) 828-8356_
Date                        Signature of Defendant / Material Witness          Telephone Number

_Beverly Hills, CA_
City and State (DO NOT INCLUDE ZIP CODE)

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____          _____
Interpreter's Signature                              Date

Approved: _____          _____
          United States District Judge / Magistrate Judge          Date

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: _GB_   Date: _1/20/21_

FILED
CLERK, U.S. DISTRICT COURT

**1/19/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ s/o ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Gina Michelle Bisignano<br><br>DEFENDANT. | CASE NUMBER:<br><br>2:21-MJ-00282-DUTY<br><br>**WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |
| --- | --- |

I understand that charges are pending in the _____ District of _____ Columbia _____ alleging violation of _____ 18 U.S.C. § 231(a)(3) _____ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

## I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☑    have an identity hearing

☑    arrival of process

☐    have a preliminary hearing

☐    have an identity hearing, and I have been informed that I have no right to a preliminary hearing

☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_Gina Michelle Bisignano_
Defendant

_[signature]_
Defense Counsel

Date: _1/19/2021_

_John E. McDermott_
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

M-14 (09/09)            **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.   *21MJ0282*                                          Date   January 19, 2021

Present: The Honorable   John E. McDermott, United States Magistrate Judge

Interpreter   n/a

| *S. Lorenzo* | P. Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| *Gina Bisignano* | X | X | | *Craig Harbaugh* | X | X | |

**Proceedings:   (IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation.  The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | slo | | |

cc:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-00282-DUTY-1

Case title: USA v. Bisignano                Date Filed: 01/19/2021

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Gina Michelle Bisignano**                represented by   **Craig A Harbaugh**
REG 26139-509                                               Federal Public Defenders Office
                                                            321 East 2nd Street
                                                            Los Angeles, CA 90012-4202
                                                            213-894-4740
                                                            Fax: 213-894-0081
                                                            Email: craig_harbaugh@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

None

**Plaintiff**

**USA**                                     represented by   **US Attorney's Office**
                                                             AUSA - Office of US Attorney
                                                             Criminal Division - US Courthouse
                                                             312 North Spring Street 12th Floor

Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**William Rollins**
AUSA - Office of US Attorney
General Crimes Section
312 North Spring Street Suite 1200
Los Angeles, CA 90012
213-894-7407
Fax: 213-894-0141
Email: william.rollins@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Gina Michelle Bisignano, originating in the District of Columbia. Defendant charged in violation of: 18:1361. Signed by agent Jackson Barran, FBI; Special Agent. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Gina Michelle Bisignano; defendants Year of Birth: 1968; date of arrest: 1/19/2021 (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 3 | Defendant Gina Michelle Bisignano arrested on warrant issued by the USDC District of Columbia at Washington, D.C. (Attachments: # 1 Charging Document)(ja) (Entered: 01/22/2021) |
| 01/19/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John E. McDermott as to Defendant Gina Michelle Bisignano Defendant arraigned and states true name is as charged. Attorney: Craig A Harbaugh for Gina Michelle Bisignano, Deputy Federal Public Defender, present. Court orders bail set as: Gina Michelle Bisignano (1) $170,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Government moves to UNSEAL case: GRANTED. Preliminary Hearing set for 2/4/2021 10:00 AM before Magistrate Judge John E. McDermott via Zoom. Release Order No 40680. Defendant is to contact clerk in D.C. Info will be sent to defense counsel. Court Reporter: Pat Cuneo. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Gina Michelle Bisignano (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Gina Michelle Bisignano. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Gina Michelle Bisignano. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 8 | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge John E. McDermott as to Defendant Gina Michelle Bisignano. Court Reporter: Pat Cuneo. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 9 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Gina Michelle |

| | | |
|---|---|---|
| | | Bisignano. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 10 | DECLARATION RE: PASSPORT filed by Defendant Gina Michelle Bisignano, declaring that I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 11 | ORDER FOR CONTRIBUTION TOWARD ATTORNEYS FEES by Magistrate Judge John E. McDermott as to Gina Michelle Bisignano. Funds in the amount of monthly payment of $250.00, shall be paid by the defendant to the Clerks Office as follows: beginning 2/19/21. (ja) (Entered: 01/22/2021) |
| 01/19/2021 | 12 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant Gina Michelle Bisignano. (ja) (Entered: 01/22/2021) |
| 01/21/2021 | 13 | EMERGENCY EX PARTE APPLICATION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER AND REQUEST FOR STATUS CONFERENCE Filed by Defendant Gina Michelle Bisignano. (Attachments: # 1 Proposed Order) (ja) (Entered: 01/22/2021) |
| 01/22/2021 | 14 | TEXT ONLY ENTRY (IN CHAMBERS) by Magistrate Judge John E. McDermott. In regard to Defendant Gina Bisignano's Emergency Ex Parte Application to Compel Compliance with the Court's Order and Request for Status Conference, this Court has no authority to review or override the stay order and transportation order issued by the District Judge in the District of Columbia. There is no way to grant the relief requested without contravening the orders of the District Judge. Defendant should make her arguments to the District Judge in the District of Columbia. 13 (san) Modified on 1/26/2021 (san). (Entered: 01/22/2021) |
| 01/29/2021 | 17 | ORDER VACATING PRELIMINARY HEARING by Magistrate Judge John E. McDermott as to Defendant Gina Michelle Bisignano, (mhe) (Entered: 02/04/2021) |
| 01/30/2021 | 15 | NOTICE of Indictment filed by Plaintiff USA as to Defendant Gina Michelle Bisignano (Attachments: # 1 Exhibit 1 (Indictment))(Rollins, William) (Entered: 01/30/2021) |
| 02/01/2021 | 16 | NOTICE OF APPEARANCE OR REASSIGNMENT of AUSA William Rollins on behalf of Plaintiff USA. Filed by Plaintiff USA. (Attorney William Rollins added to party USA(pty:pla))(Rollins, William) (Entered: 02/01/2021) |
| 02/05/2021 | 18 | TRANSCRIPT filed as to Defendant Gina Michelle Bisignano for proceedings held on January 19, 2021 at 4:42 p.m. Court Reporter: PAT CUNEO CSR 1600, OFFICIAL REPORTER, www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 2/26/2021. Redacted Transcript Deadline set for 3/8/2021. Release of Transcript Restriction set for 5/6/2021.(Cuneo, Patricia) (Entered: 02/05/2021) |
| 02/05/2021 | 19 | NOTICE OF FILING TRANSCRIPT filed as to Defendant Gina Michelle Bisignano for proceedings January 19, 2021 at 4:42 p.m. re Transcript 18 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Cuneo, Patricia) TEXT ONLY ENTRY (Entered: 02/05/2021) |